Clifford Wright III, petitioner

vs

United states District Court District for Nebraska, Respondent

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 JAN 16 PM 3:19
OFFICE OF THE CLERK

Dear Honorable Judge/U.S. District Clerk of Courts

Comes now I, Clifford Wright III, the petitioner in the above titled moves to respectfully inform this Honorable Court as of January 13th, 2025 the petitioner has yet to be notified of Case No. for the writ of Habeas Corpus 28 U.S.C. 2241 which was signed by the petitioner on January 6th, 2025 and the check for the filing fee was dated January 8th, 2025. The petitioner Can only assume the delay in delivery of mail time is due to delays via postal Service. The petitioner respectfully request that this Honorable Court file these documents Accordingly

In The Upmost RESPECT
And Admiration,

Clifford Wright III

P.S. Due to the petitioner's inability to determine if this Habeas Corpus will be assigned to a specific Judge the petitioner will, purely out of respect, Refrain from Addressing this letter/Corrspondence to a specific Judge

RECEIVED
JAN 16 REC'D
CLERK
U.S. DISTRICT COURT