FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 JAN 16 PM 3:19

OFFICE OF THE CLERK

In The United States District Court District For Nebraska

Clifford Wright III, petitioner Case No

vs Memorandum / Legal Argument

United states District Court District of Nebraska, Respondent

Comes now I, Clifford Wright III, the petitioner in the above titled petition respectfully moves This Honorable Court to demonstrate this pending Writ of Habeas Corpus under 28 U.S.C. 2241 constitutes extraordinary circumstances pursant to Moore.

"In Moore, The third circuit noted that delay, harrassment, bad faith, or intentional activity might constitute an extraordinary circumstance satisfying federal court intervention before trial." Moore, 515 F.2d at 447 n.12.

As it is clearly evident due to the multiple Amendments of the material facts and the false statements of the recorded jailhouse telephone conversations on two warrant affidavits and the police report.

- The affidavit in support of the search warrant for safe
- The affidavit in support of the Order Identifying Physical Charcteristics (which included an extra paragraph in comparison to the First Affidavit)
- Additionally the latter police report which the created falsehoods of the warrant affidavits were excluded and contained a 3 paragraph differential then the two warrant affidavits, paragraphs which contradicted the created falsehoods given in the warrant affidavit demonstrates that the reporting affiant officer acted in bad faith and intentionally. The affidavit in support of the search warrant for the safe which included the created falsehoods and omitted the true conversation of the recorded jailhouse telephone conversation was submitted on November 2nd, 2022, The affidavit in support of the order Identifying physical Characteristics which also included the created falsehoods and omitted the true conversations of the recorded jailhouse telephone conversations (additionally including in extra paragraph) was submitted on November 4th, 2022 and finally the final police report which the created falsehoods given in the warrant affidavits were removed and excluded and included 3 paragraphs of recorded jailhouse telephone conversation which contradict the created falsehoods

of warrant affidavit was submitted a day later to the latter warrant affidavit on November 5th, 202[illegible] after the reporting affiant officer successfully mislead and decieved the signing Douglas County Judge on multiple warrant affidavits on multiple days, this demonstrates the reporting affiant officer violated the petitioner's 4th and 14th constitutional Amendment Rights

"A warrant which is based upon an affidavit containing deliberate falsehood or reckless disregard for the truth violates the Fourth Amendment" Franks 438 U.S. at 165

This is not a mere allegation of negligence or an innocent mistake as there is no innocent explanation for the multiple Amendment to this information on two warrant affidavits and later police report in a 72 hour timespan outside of recklessness these false statements of the warrant affidavits cannot be rescued by the good faith exception of United States v. Leon 468 U.S. 897 (1984)

"[S]ection 2241 authorizes a federal court to issue a writ of Habeas Corpus to any pretrial detainee who is in custody in violation of the constitution or laws or treaties of the United States" Duran v. Thomas, 393 F. Appx 3, 4 (3d cir 2010).

"(p)retrial habeas petitions are properly brought under 28 U.S.C. 2241, which applies to person in custody regardless of whether final Judgment has been rendered and regardless of the present status of the case pending against him" Opsahl v Minnesota, No. 09-1181 (JRT/RLE), 2010 WL 3515680 (D. Minn Aug 31, 2010) quoting Dickerson v. Louisana, 816 F.2d 220, 224 (5th cir 1987)

The petitioner respectfully request that The Honorable Court honors this Habeas Corpus accordingly

In The Upmost Respect
And Admiration,

Clifford Wright III

Dear Clerk of Courts/Honorable Judge,

As of January 9th, 2025 there is not a case number for The Writ of Habeas Corpus Under 28 U.S.C. 2241 Signed January 6th, 2025 By I, Clifford Wright III, the petitioner So I will submit this memorandum/Legal-Argument accordingly for Clifford Wright III v. United States District Court District for Nebraska (which has not been designated a case number by the Clerk of Courts)

It Should be noted the filing fee was placed in the mail January 8th, 2025

In The Upmost
RESPECT
And
Admiration,

Clifford Wright III

P.S. I have no Knowledge to determine if this Habeas Corpus would be assigned to the Honorable Joseph F. Bataillon so I will refrain from addressing this letter to specific Judge purely out of respect x CWIII

RECEIVED
JAN 16 REC'D
CLERK
U.S. DISTRICT COURT

Clifford Wright III #250534
Hall County Department of Corrections
110 Public Safety Drive
Grand Island, NE 68801

OMAHA NE 680
14 JAN 2025 PM 3 L

District Clerk of Court
111 S. 18th plaza suite 1152
Omaha, NE 68102

RE[illegible]ED
JAN 16 REC'D
U.S. DISTRICT COURT

68102-132277

Hall County Jail Inmate Mail
Contents Are Uncensored